IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JOSEPH CAMPOS-ALEXANDER, III,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SANTA CLARA POLICE DEPARTMENT, et al.,<br><br>　　　　Defendants. | No. C 13-0308 RMW (PR)<br><br>ORDER OF DISMISSAL |

　　　On January 23, 2013, plaintiff, proceeding <u>pro se</u>, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On May 13, 2013, the court issued an order dismissing the complaint with leave to amend. (Docket No. 7.) On May 30, 2013, the court's order was returned as undeliverable due to plaintiff no longer being in custody. (Docket No. 8.) As of the date of this order, plaintiff has not filed a notice of change of address or submitted any further pleadings in this case.

　　　Pursuant to Northern District Local Rule 3-11 a party proceeding <u>pro se</u> must promptly file a notice of change of address while an action is pending. <u>See</u> L.R. 3-11(a). The court may, without prejudice, dismiss a complaint when: (1) mail directed to the <u>pro se</u> party by the court has been returned to the court as not deliverable, and (2) the court fails to receive within sixty

1  days of this return a written communication from the pro se party indicating a current address.
2  See L.R. 3-11(b).
3     More than sixty days have passed since the mail addressed to plaintiff was returned as
4  undeliverable.  The court has not received a notice from plaintiff of a new address.  Accordingly,
5  the instant civil rights action is **DISMISSED** without prejudice pursuant to Rule 3-11 of the
6  Northern District Local Rules.
7     The clerk shall terminate any pending motions.
8     IT IS SO ORDERED.
9  DATED: _____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order of Dismissal
G:\PRO-SE\RMW\CR.13\Alexander308_LR13dismissal.wpd          2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J CAMPOS ALEXANDER III,<br><br>            Plaintiff,<br><br>   v.<br><br>SANTA CLARA POLICE DEPT. et al,<br><br>            Defendant. | Case Number: CV13-00308 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 28, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

ROBERT JOSEPH CAMPOS-ALEXANDER PFN# EBM-728
3-W-13
Booking #12055548 & 12007358
885 North San Pedro St
San Jose, CA 95110

Dated: August 28, 2013

                              Richard W. Wieking, Clerk
                              By: Jackie Lynn Garcia, Deputy Clerk