IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JOSEPH CAMPOS-ALEXANDER, III,<br><br>            Plaintiff,<br><br>   v.<br><br>SANTA CLARA POLICE DEPARTMENT, et al.,<br><br>            Defendants. | No. C 13-0308 RMW (PR)<br><br>JUDGMENT |

The court has dismissed the instant action without prejudice for plaintiff's failure to provide the court with his current address pursuant to Rule 3-11 of the Northern District Local Rules. A judgment of dismissal without prejudice is hereby entered. The clerk of the court shall close the file.

IT IS SO ORDERED.

DATED: _____

                                                                                   _____
                                                                                   RONALD M. WHYTE
                                                                                   United States District Judge

Order of Dismissal
G:\PRO-SE\RMW\CR.13\Alexander308_Judgment.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J CAMPOS ALEXANDER III, | Case Number: CV13-00308 RMW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| SANTA CLARA POLICE DEPT. et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 28, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

ROBERT JOSEPH CAMPOS-ALEXANDER PFN# EBM-728
3-W-13
Booking #12055548 & 12007358
885 North San Pedro St
San Jose, CA 95110

Dated: August 28, 2013

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk